UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
FILED

MAR 1 3 2025

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 25-19-DLB-CJS
                                      18 U.S.C. § 2113(a) and (d)

CHARLES WILLIE DAVIS

\* \* \* \* \*

## THE GRAND JURY CHARGES:

On or about February 28, 2025, in Kenton County, in the Eastern District of Kentucky

**CHARLES WILLIE DAVIS,**

by force, violence, and intimidation did take from the person and presence of another, approximately $883 in money belonging to and in the care, custody, control, management and possession of US Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, and did assault and put in jeopardy the life of another person by the use of a dangerous weapon and device, all in violation of 18 U.S.C. § 2113(a) and (d).

A TRUE BILL

FOREPERSON

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

Not more than 25 years imprisonment, a $250,000 fine, and 5 years of supervised release.

**PLUS:**        Mandatory special assessment of $100.

**PLUS:**        Restitution, if applicable.