**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

**CRIMINAL ACTION NO. 25-19-DLB-CJS**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**


**v.**                                            **ORDER**


**CHARLES WILLIE DAVIS**                                                       **DEFENDANT**

\*\*\*     \*\*\*     \*\*\*     \*\*\*

Defendant Charles Willie Davis, by and through counsel, moved for a hearing to determine his competency to proceed and for an examination of his competency in furtherance of that hearing. (*See* R. 26).    In addition, Defendant filed Notice (R. 25) pursuant to Criminal Rule 12.2(a) that he intends to assert a defense of insanity at the time of the alleged offense. The United States responded to Defendant's Motion and Notice, stating it does not oppose Defendant's Motion and joins in the request for a competency evaluation to be performed and, as to Defendant's Notice, moving under Criminal Rule 12.2(c)(1)(B) for an examination to determine Defendant's mental state at the time of the alleged offense pursuant to 18 U.S.C. § 4242. Defendant's Motion and Notice were taken up by the Court in a telephonic motion hearing held on August 15, 2025, during which Defendant's request for competency examination joined in by the United States was granted, as was the Government's request for examination of Defendant's sanity at the time of the alleged offense.

The Court having heard from counsel, and being otherwise sufficiently advised, **IT IS ORDERED** as follows:

1

1)      Defendant Charles Willie Davis's motion for a competency examination pursuant to 18 U.S.C. § 4241 having been granted, the Court finding reasonable cause to believe that Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent, as defined in 18 U.S.C. § 4241(a), Defendant Charles Willie Davis shall undergo a custodial competency examination pursuant to 18 U.S.C. § 4241(b) in furtherance of and preparation for a hearing as to his competency to proceed. Defendant shall submit to such examination pursuant to Criminal Rule 12.2(c)(1)(A).

2)      The United States' motion under Criminal Rule 12.2(c)(1)(B) for an examination to determine Defendant's mental state at the time of the alleged offense pursuant to 18 U.S.C. § 4242 having also been granted, Defendant Charles Willie Davis shall undergo a custodial psychiatric and/or psychological examination, to be performed in conjunction with his competency evaluation, for purposes of determining whether Defendant was insane at the time of the alleged offense.

3)      Defendant Davis shall undergo these examinations in accordance with 18 U.S.C. § 4247(b), with reports to follow by the examiner(s) that shall comport with § 4247(c)(4).

4)      The Court previously ordered that Defendant Davis be detained after waiving a prompt detention hearing and reserving his right to seek a merits detention hearing at a future date. (*See* R. 6; R. 15).   Thus, he is already in custody and has been temporarily designated outside this District for purposes of obtaining needed medical care and treatment.   The Attorney General shall see that Defendant Davis is confined in a suitable facility close to the Court, unless impracticable, for the purpose of conducting the psychological and/or psychiatric examinations by one or more licensed medical specialists.   A copy of this Order shall be served on the United States Marshal,

to communicate with the Bureau of Prisons in order to determine and designate as soon as practicable the appropriate institution where such examinations can be made.

5)     Once an appropriate facility has been designated for the examinations, a further order shall be issued by the Court regarding transport and details for the evaluations.

Dated this 18th day of August, 2025.

Signed By:

*Candace J. Smith*

United States Magistrate Judge